**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Anthony BONNER, Defendant–
Appellant.**

**No. 09–10758
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 22, 2010.

Susan B. Cowger, U.S. Attorney's Office, Dallas, TX, Jay Stevenson Weimer, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Dianne Kathryn Jones McVay, Dallas, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Anthony Bonner has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bonner has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.